UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Jessica Nugent, individually and as Plaintiff Ad Litem on behalf of L.N., and Mika Nugent, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>Carl Junction R-1 School District, et al. <br><br>　　　　Defendant. | 13-5089-CV- C-MJW |

**CLERK'S ORDER OF DISMISSAL**

On July 13, 2015, plaintiff filed a Stipulation of Dismissal with Prejudice.

IT IS ORDERED that pursuant to 41(a)(1)(A)(ii), plaintiff's complaint is dismissed with prejudice. Each party shall pay its own costs [175]

　　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT

　　　　　　　　　　　　　　　Paige Wymore-Winn, Acting Clerk of Court

　　　　　　　　　　　　　　　*Jackie Price*

　　　　　　　　　　　　　　　By　　Jackie Price
　　　　　　　　　　　　　　　　　　Deputy Clerk

July 13, 2015